DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.V.,**
Appellant,

v.

**PROSPECTIVE ADOPTIVE FAMILY, ELIZABETH R. BERKOWITZ, ESQ.** and **ELIZABETH R. BERKOWITZ, P.A.,**
Appellees.

No. 4D22-371

[November 3, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2021-DR-004498-XXX-NB.

Katie Jay of Jay & Campbell, PLLC, Stuart, for appellant.

Amy U. Hickman of Hausmann & Hickman, P.A., Plantation, for appellees Elizabeth R. Berkowitz, Esq. and Elizabeth R. Berkowitz, P.A.

Stephen H. Price of Cramer, Price & de Armas, P.A., Orlando, for appellees Prospective Adopting Family.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***